IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    CASE NO. 4:07cr00317-16 JMM

EDGAR HERNANDEZ CRUZ, USM #25368-009

CORRECTED AMENDED JUDGMENT & COMMITMENT

Due to a clerical error, the judgment (DE #764) is amended to show that the correct Offense Ended date is July 22, 2008.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 23rd day of April, 2010.

UNITED STATES DISTRICT JUDGE